# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DITECH FINANCIAL, LLC, | |
| Plaintiff, | |
| vs. | 2:17-cv-00176-RFB-VCF |
| EAGLE INVESTORS, | **ORDER** |
| Defendant. | |

    Before the Court is the Motion to Withdraw as Attorneys of Record and Removal from CM/ECF Service List (ECF No. 14).

    IT IS HEREBY ORDERED that any opposition to the Motion to Withdraw as Attorneys of Record and Removal from CM/ECF Service List (ECF No. 14) must be filed on or before June 28, 2017. No reply necessary.

    IT IS FURTHER ORDERED that a hearing on Motion to Withdraw as Attorneys of Record and Removal from CM/ECF Service List (ECF No. 14) is scheduled for 10:00 AM, July 3, 2017, in Courtroom 3D.

    DATED this 21st day of June, 2017.

                                                                                 CAM FERENBACH
                                                                                UNITED STATES MAGISTRATE JUDGE