# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DITECH FINANCIAL, LLC,

        Plaintiff,

vs.

EAGLE INVESTORS,

        Defendant.

2:17-cv-00176-RFB-VCF

**ORDER**

      Before the Court is the Request to Appear Telephonically (ECF No. 18).

      On June 21, 2017, the court set a hearing on the motion to withdraw as attorneys of record (ECF No. 14) and removal from CM/ECF Service List. (ECF No. 17). To date, no opposition to the motion to withdraw as counsel has been filed and the time to file an opposition has passed. *Id.*

      Danielle Barraza, Esq. represents that she signed a substitution of attorneys and returned it to Mr. Ayon for filing. Mr. Ayon did not dispute that representation, but no substitution has been filed.

      Under LR IA 11-6(c), a stipulation to substitute attorneys must be signed by the attorneys and the represented client and be approved by the court.

      Accordingly,

      IT IS HEREBY ORDERED that Defendant Eagle Investors' Request to Appear Telephonically (ECF No. 18) is DENIED. However, to accommodate counsel's prior travel plans, IT IS HEREBY ORDERED that the hearing on the motion to withdraw as attorneys of record and removal from CM/ECF

Service List. (ECF No. 17) scheduled for July 3, 2017 is rescheduled to 2:00 PM, July 5, 2017, in Courtroom 3D.

If a substitution of attorney complying with LR IA 11-6(c) is filed by July 3, 2017, the court may vacate the hearing on the motion to withdraw as attorneys of record and removal from CM/ECF Service List.

DATED this 29th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE